Matter of Ross v Rodriguez (2024 NY Slip Op 01371)

Matter of Ross v Rodriguez

2024 NY Slip Op 01371

Decided on March 14, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 14, 2024

CV-23-1258
[*1]In the Matter of Alonzo Ross, Petitioner,
v
Anthony Rodriguez, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Calendar Date:February 9, 2024

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ.

Alonzo Ross, Stormville, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Acting Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.
Petitioner commenced this CPLR article 78 proceeding seeking to challenge a tier III determination finding him guilty of violating various prison disciplinary rules. The Attorney General has advised this Court that the underlying determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's account. Given that petitioner has received all of the relief to which he is entitled, this proceeding is dismissed as moot (see Matter of Perkins v Annucci, 216 AD3d 1388, 1388 [3d Dept 2023]; Matter of Harrell v Annucci, 208 AD3d 1533, 1533 [3d Dept 2022]).
Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ADJUDGED that the petition is dismissed, as moot, without costs.